## 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

Richard McLay Melvin,

Vs. No. 11-11-00127-CR

The State of Texas,

* From the 29th District
  Court of Palo Pinto County,
  Trial Court No. 14188.

* May 16, 2013

* Memorandum Opinion by McCall, J.
  (Panel consists of: Wright, C.J.,
  McCall, J., and Willson, J.)


This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.